**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Christopher Lynn SCHENCK, Petitioner**

**No. 709 MAL 2016**

Supreme Court of Pennsylvania.

February 7, 2017

## ORDER

PER CURIAM

**AND NOW**, this 7th day of February, 2017, the Petition for Allowance of Appeal is **DENIED**.